# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Edgar Emilio RAMIREZ Diaz<br>Emilio RAMIREZ CORTES<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 23, 2025__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 554 | Smuggling Goods from the United States. |
| Title 18 United States Code, Section 933 | It shall be unlawful for any person to ship, transport, transfer, cause to be transported, or otherwise dispose of any firearm to another person in or otherwise affecting commerce, if such person knows or has reasonable cause to believe that the use, carrying, or possession of a firearm by the recipient would constitute a felony as defined in section 932(a) or attempt or conspire to commit the conduct. |

This criminal complaint is based on these facts:

See attachment "A".

☑ Continued on the attached sheet.

/s/Jorge Cortez
*Complainant's signature*

Jorge Cortez, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/24/2025

Diana Song Quiroga, U.S. Magistrate Judge
*Judge's signature*

City and state: Laredo, Texas

Diana Song Quiroga, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT A

1. On October 23, 2025, at approximately 4:30 am, United States Customs and Border Protection Officers (CBPOs) assigned to the Anti-Terrorism and Contraband Enforcement Team (ATCET) were working outbound inspections at the Juarez-Lincoln Port of Entry (Bridge 2) when they encountered two vehicles traveling in tandem. A Chevrolet Tahoe with Alabama license plates, hauling a white box (enclosed) utility trailer with Mexican license plates and the second, a Chevrolet Silverado with Mexican license plates hauling a white box (enclosed) utility trailer with Mexican license plates heading south towards Mexico.

2. CBPOs identified the driver of the Chevrolet Tahoe as United States Citizen (USC) Edgar Emilio RAMIREZ Diaz. RAMIREZ informed CBPOs he was traveling together with his father identified as Legal Permanent Resident (LPR) Emilio RAMIREZ CORTES who was following behind in the Chevrolet Silverado.

3. Both vehicles were then escorted to secondary inspection, where CBPOs obtained a negative customs binding declaration from both RAMIREZ and RAMIREZ CORTES, for any firearms, weapon parts, ammunition, and currency over $10,000 United States Dollars (USDs).

4. RAMIREZ Diaz and RAMIREZ CORTES both stated they were traveling together from Alabama to Mexico.

5. During secondary inspection a CBP Canine Enforcement Officer (CEO) along with his Currency and Firearms Detection Dog (CFDD) conducted a sniff of the vehicles, which resulted in positive alert for the presence of the trained odor of weapons, ammunition, and/or currency.

6. As a result, CBPOs offloaded and inspected both vehicles and box trailers. The Inspections ultimately led to the discovery of false walls within the front of both utility trailers, which concealed firearms, various caliber ammunition, and various caliber magazines. *See pictures below.*

7. Both vehicles and utility trailers were taken for a non-intrusive inspection (X-Ray), confirming the anomalies on the front of the trailers.

8. Homeland Security Investigations (HSI) and Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agents (SAs) responded to the bridge to interview both RAMIREZ and RAMIREZ CORTES.

9. RAMIREZ and RAMIREZ CORTES were both separately provided with their Miranda Rights and ultimately agreed to speak with agents.

10.   RAMIREZ informed agents he picked up the utility trailer with firearms in Dallas, Texas and was being paid to transport it to Mexico. RAMIREZ admitted he knew where the firearms were concealed within the utility trailer.

11. RAMIREZ stated he knew it is illegal to export firearms into Mexico. RAMIREZ stated he has never obtained, possessed, nor applied for any licenses or permits that would allow him to export firearms, ammunition, or other weapon parts out of the U.S.

12. RAMIREZ CORTES stated he picked up the utility trailer in Dallas, Texas from an unknown individual. RAMIREZ CORTES stated he was going to deliver the utility trailer with firearms in Mexico.

13. RAMIREZ CORTES admitted he was going to be paid for smuggling the firearms into Mexico.

14. RAMIREZ CORTES stated he knew it is illegal to smuggle firearms into Mexico, and has never obtained, possessed, nor applied for any licenses or permits that would allow him to export firearms, ammunition, or other weapon parts out of the U.S.

15. Both RAMIREZ and RAMIREZ CORTES stated they received the utility trailers which contained firearms, ammunition, and magazines from the same individual in Dallas, Texas and have previously delivered the utility trailers with weapons into Mexico on 12 other occasions.

16. Preliminary examination of the utility trailers revealed over 300 rifles and pistols along with various caliber ammunition, and magazines.

17. The firearms and ammunition seized by CBP are listed on the Commerce Control list and they are illegal to export without a license and/or declaration.







