# STATEMENT IN SUPPORT OF PROBABLE CAUSE

IN RE:  Edgar Emilio RAMIREZ Diaz and Emilio RAMIREZ CORTES

I, Jorge Cortez, declare and state as follows:

1. On October 23, 2025, at approximately 4:30 am, United States Customs and Border Protection Officers (CBPOs) assigned to the Anti-Terrorism and Contraband Enforcement Team (ATCET) were working outbound inspections at the Juarez-Lincoln Port of Entry (Bridge 2) when they encountered two vehicles traveling in tandem. A Chevrolet Tahoe with Alabama license plates, hauling a white box (enclosed) utility trailer with Mexican license plates and the second, a Chevrolet Silverado with Mexican license plates hauling a white box (enclosed) utility trailer with Mexican license plates heading south towards Mexico.

2. CBPOs identified the driver of the Chevrolet Tahoe as United States Citizen (USC) Edgar Emilio RAMIREZ Diaz. RAMIREZ informed CBPOs he was traveling together with his father identified as Legal Permanent Resident (LPR) Emilio RAMIREZ CORTES who was following behind in the Chevrolet Silverado.

3. Both vehicles were then escorted to secondary inspection, where CBPOs obtained a negative customs binding declaration from both RAMIREZ and RAMIREZ CORTES, for any firearms, weapon parts, ammunition, and currency over $10,000 United States Dollars (USDs).

4. RAMIREZ Diaz and RAMIREZ CORTES both stated they were traveling together from Alabama to Mexico.

5. During secondary inspection a CBP Canine Enforcement Officer (CEO) along with his Currency and Firearms Detection Dog (CFDD) conducted a sniff of the vehicles, which resulted in positive alert for the presence of the trained odor of weapons, ammunition, and/or currency.

6. As a result, CBPOs offloaded and inspected both vehicles and box trailers. The Inspections ultimately led to the discovery of false walls within the front of both utility trailers, which concealed firearms, various caliber ammunition, and various caliber magazines. *See pictures below.*

7. Both vehicles and utility trailers were taken for a non-intrusive inspection (X-Ray), confirming the anomalies on the front of the trailers.

8. Homeland Security Investigations (HSI) and Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agents (SAs) responded to the bridge to interview both RAMIREZ and RAMIREZ CORTES.

9. RAMIREZ and RAMIREZ CORTES were both separately provided with their Miranda Rights and ultimately agreed to speak with agents.

10. RAMIREZ informed agents he picked up the utility trailer with firearms in Dallas, Texas and was being paid to transport it to Mexico. RAMIREZ admitted he knew where the firearms were concealed within the utility trailer.

11. RAMIREZ stated he knew it is illegal to export firearms into Mexico. RAMIREZ stated he has never obtained, possessed, nor applied for any licenses or permits that would allow him to export firearms, ammunition, or other weapon parts out of the U.S.

12. RAMIREZ CORTES stated he picked up the utility trailer in Dallas, Texas from an unknown individual. RAMIREZ CORTES stated he was going to deliver the utility trailer with firearms in Mexico.

13. RAMIREZ CORTES admitted he was going to be paid for smuggling the firearms into Mexico.

14. RAMIREZ CORTES stated he knew it is illegal to smuggle firearms into Mexico, and has never obtained, possessed, nor applied for any licenses or permits that would allow him to export firearms, ammunition, or other weapon parts out of the U.S.

15. Both RAMIREZ and RAMIREZ CORTES stated they received the utility trailers which contained firearms, ammunition, and magazines from the same individual in Dallas, Texas and have previously delivered the utility trailers with weapons into Mexico on 12 other occasions.

16. Preliminary examination of the utility trailers revealed over 300 rifles and pistols along with various caliber ammunition, and magazines.

17. The firearms and ammunition seized by CBP are listed on the Commerce Control list and they are illegal to export without a license and/or declaration.





I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on the ___24___ day of _____October,_____ ___2025___ .

                                                  Jorge Cortez
                                                  Special Agent
                                                  Homeland Security Investigations

Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on the _____ day of _____ , _____.

                                                  Diana Song Quiroga
                                                  UNITED STATES MAGISTRATE JUDGE